AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

PHILLIP ASHDOWN,

    Plaintiff,      JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:09-CV-00480-RCJ-RAM**

DR. SAVADERA, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the Complaint (Document No. 7) is DISMISSED WITH PREJUDICE.

  August 25, 2010          **LANCE S. WILSON**
                               Clerk

                               /s/ Katie Lynn Ogden
                               Deputy Clerk